*Lucius S. Comstock et al.* v. *Henry Dalley.* J. RHOADES, for complainants; J. KERNAN, for defendant. Injunction dissolved, with costs to abide the event of the suit; with liberty to the complainants to apply to renew it at the hearing, if it appears from the evidence that the answer is false.

*Burton Hawley* v. *Thomas Donnelly et al.* S. BEARDSLEY, for complainant; L. H. SANDFORD, for defendants. Decree appealed from affirmed, with costs, and proceedings remitted.

*Heman J. Redfield et al.* v. *The Board of Supervisors of the County of Genesee and The Board of Supervisors of the County of Erie.* C. STEVENS, for appellants; D. H. CHANDLER and E. F. SMITH, for respondents. So much of the decree of the vice chancellor of the eighth circuit as is appealed from, affirmed with costs, and proceedings remitted.

*Alvan Stewart et al.* v. *Alanson Palmer et al.* A. STEWART, for complainants; S. BEARDSLEY, for defendant Burt. Application by D. Burt to read the deposition of his co-defendant Palmer, at the hearing, denied. Costs of opposing to abide the event.

*Edward Felt* v. *Asa Kinney.* G. A. SIMMONS, for complainant; GARDNER STOW, defendant. Decree directing defendant to convey to complainant the north east half of the lot in controversy, with warranty as against all persons claiming under defendant; and directing him to deliver up the two notes to be cancelled, and enjoining him from collecting them. And a reference directed, to ascertain the balance to be paid by complainant for his share of the purchase money still due. Defendant to pay costs up to and including the decree and the enrolment thereof, to be paid by defendant. Costs of reference to abide the event.

*John H. Howland* v. *William Ayres.* R. MANNING, for appellant; E. H. SEELY, for respondents. Order appealed from affirmed with costs, and proceedings remitted.